473 A.2d 682

Commonwealth v. Patience, Appellant.

Submitted November 18, 1983.   Glenn D. Welsh, Assistant Public Defender, for appellant;  George C. Yatron, District Attorney, for Commonwealth, appellee.

Before McEWEN, HESTER and LIPEZ, JJ.

The judgment of sentence imposed by the distinguished President Judge Frederick Edenharter is affirmed.